# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Lizbet Mercado-Villa

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-4686-LL-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition for Writ of Habeas Corpus and ORDERS that Respondents to immediately release Petitioner from custody subject only to the conditions of her preexisting parole. This case is hereby closed.

**Date:** 9/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4686-LL-AHG

Respondents:

Patrick Divver,
Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement;

Christopher J. LaRose,
Warden of the Otay Mesa Detention Center;

Department of Homeland Security